Submitted May 7; conviction on Count 4 reversed, remanded for resentencing, otherwise affirmed June 16, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRANDON JOHANN KAASTAD,
*Defendant-Appellant.*

Washington County Circuit Court
19CR52940; A172868

488 P3d 837

Ricardo J. Menchaca, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kali Montague, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Weston Koyama, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Conviction on Count 4 reversed; remanded for resentencing; otherwise affirmed.

## PER CURIAM

Defendant was convicted of second-degree theft, ORS 164.045 (Count 4), in addition to several drug-related offenses. He argues on appeal that the trial court erred in denying his motion for judgment of acquittal on the theft count. He raises no issues on appeal concerning the remaining convictions. The state concedes the error. As explained below, we agree and accept that concession.

An extended discussion of the facts would not benefit the bench, the bar, or the public. Defendant was in his car with his dog outside a store while two friends were inside the store. One of the friends shoplifted items then returned to defendant's car, where he was immediately apprehended by police. The state theorized that defendant aided and abetted in the planning and commission of the theft. As the state now concedes, it adduced insufficient evidence to support that theory.

Conviction on Count 4 reversed; remanded for resentencing; otherwise affirmed.